IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODRIGO DOS SANTOS**                                                            **PLAINTIFF**

**v.**                     **CASE NO. 4:21-CV-00272-BSM**

**ALLSTATE PROPERTY AND CASUALTY**                     **DEFENDANT**
**INSURANCE COMPANY**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of December, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE